IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE DMCA SUBPOENA TO COURSE HERO, INC. | Civil No. _____ <br><br> **REQUEST TO ISSUE DMCA SUBPOENA** |
|---|---|

COMES NOW the Law School Admissions Council ("LSAC"), by and through its undersigned counsel, pursuant to the Digital Millenium Copyright Act ("DMCA"), 17 U.S.C. § 512(h), and hereby requests the Clerk of this Court issue a subpoena to Course Hero, Inc. ("Course Hero"), for identification of alleged infringers in accordance with the DMCA. In support thereof, LSAC hereby states:

1. LSAC has issued takedown notifications pursuant to the DMCA for infringing content appearing on no fewer than 55 distinct webpages on coursehero.com, a website owned and operated by Course Hero.

2. Course Hero has refused to provide information relating to the identity of the user or users responsible for posting infringing content on its website.

3. Attached hereto as Exhibit 1 is a proposed subpoena to Course Hero seeking documents sufficient to identify the user(s) responsible for posting infringing content on its website. *See* 17 U.S.C. § 512(h)(2)(B).

4. Attached hereto as Exhibit 2 is a collection of confirmation emails containing the text of the takedown notifications submitted to Course Hero by LSAC pursuant to 17 U.S.C. § 512(c)(3)(A), along with Course Hero's acknowledgement of same. *See* 17 U.S.C. § 512(h)(2)(A).

5. Attached hereto as Exhibit 3 is a sworn declaration of Faisel Alam, Manager, LSAC Office of Test Security, attesting that the purpose for which the subpoena is sought is to obtain the

identity of an alleged infringer and that information received in response to the subpoena will only be used for the purpose of protecting rights under the DMCA.

WHEREFORE, the Law School Admissions Council respectfully prays the Clerk of Court issue the subpoena to Course Hero attached to this Request.

Dated: December 6, 2021

/s/ Mindy M. Morton
**Procopio, Cory, Hargreaves & Savitch LLP**
1117 S. California Ave., Suite 2000
Palo Alto, CA 94304
Telephone: 650-645-9020
Fax: 650-687-8320
Email: mindy.morton@procopio.com

ATTORNEY FOR LAW SCHOOL ADMISSIONS COUNCIL