# EXHIBIT B

| From: | Course Hero DMCA |
|---|---|
| To: | Alam, Faisel |
| Subject: | Re: New Copyright Infringement Ticket |
| Date: | Monday, November 15, 2021 7:22:58 PM |

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Your inquiry has been updated.

---

### DMCA Agent (Compliance)

Nov 15, 2021, 17:22 PST

Hello,

Thank you for providing an official DMCA takedown notification.

In compliance with DMCA protocol, we have disabled access to the content located at:

https://www.coursehero.com/tutors-problems/Logical-Reasoning/33005384-Answer-only-A-fencing-school-is-putting-on-an-exhibition/
https://www.coursehero.com/tutors-problems/Logical-Reasoning/33004448-In-a-recent-study-tamarin-monkeys-listened-for-several-days-to-2/
https://www.coursehero.com/tutors-problems/Logical-Reasoning/33005375-Answer-only-A-fencing-school-is-putting-on-an-exhibition/
https://www.coursehero.com/tutors-problems/Logical-Reasoning/33005290-Answer-only-A-film-executive-is-scheduling-six-movies-to-premiere/
https://www.coursehero.com/tutors-problems/Logical-Reasoning/33004544-Answer-only-Editorialist-Since-the-cost-and-likelihood-of/
https://www.coursehero.com/tutors-problems/Logical-Reasoning/33004434-Just-need-answer-for-practice-When-the-fast-food-chain-Plimpsons/
https://www.coursehero.com/tutors-problems/Logical-Reasoning/33005219-Only-answer-A-manager-has-three-projects-to-staff-project-1/

Please note, we have filtering technologies in place to prevent exact duplicates of removed documents from being reuploaded.

What happens next?

Under the DMCA, Course Hero is required to inform the content uploader about this removal, and they have the option to file a counter-notification.

If Course Hero receives a proper counter-notification, it must reinstate the removed material in 10-14 business days.

It is important to note that Course Hero has a repeat infringer policy in place, in compliance with the DMCA. The repeat infringer policy gives Course Hero the right to terminate the uploading user's access to their account if they are found to be a repeat offender in violation of the Course Hero copyright policy.

Thank you for submitting your request. Please let us know if you have any additional questions.

Sincerely,

The Course Hero Compliance Team

Course Hero, Inc.

---

## Faisel Alam

Nov 15, 2021, 8:08 PST

This affects: organization
Copyright Owner Name: Law School Admission Council
Relationship/Affiliation: Security Department
Full Legal Name: Faisel Alam
Street Address: 662 Penn St
City: Newtown
State or Province: PA
Zip Code: 18940
Country: United States
Phone Number: 215-375-8491
Email Address: [falam@lsac.org](mailto:falam@lsac.org)

Reported Content
URL: [https://www.coursehero.com/tutors-problems/Logical-Reasoning/33005384-Answer-only-A-fencing-school-is-putting-on-an-exhibition/](https://www.coursehero.com/tutors-problems/Logical-Reasoning/33005384-Answer-only-A-fencing-school-is-putting-on-an-exhibition/)
Title: August 2021 Law School Admission Test
Type: Assessment

URL: [https://www.coursehero.com/tutors-problems/Logical-Reasoning/33004448-In-a-recent-study-tamarin-monkeys-listened-for-several-days-to-2/](https://www.coursehero.com/tutors-problems/Logical-Reasoning/33004448-In-a-recent-study-tamarin-monkeys-listened-for-several-days-to-2/)
Title: August 2021 Law School Admission Test
Type: Assessment

URL: [https://www.coursehero.com/tutors-problems/Logical-Reasoning/33005375-Answer-only-A-fencing-school-is-putting-on-an-exhibition/](https://www.coursehero.com/tutors-problems/Logical-Reasoning/33005375-Answer-only-A-fencing-school-is-putting-on-an-exhibition/)
Title: August 2021 Law School Admission Test (LSAT)
Type: Assessment

URL: [https://www.coursehero.com/tutors-problems/Logical-Reasoning/33005290-Answer-only-A-film-executive-is-scheduling-six-movies-to-premiere/](https://www.coursehero.com/tutors-problems/Logical-Reasoning/33005290-Answer-only-A-film-executive-is-scheduling-six-movies-to-premiere/)
Title: August 2021 Law School Admission Test (LSAT)
Type: Assessment

URL: [https://www.coursehero.com/tutors-problems/Logical-Reasoning/33004544-Answer-only-Editorialist-Since-the-cost-and-likelihood-of/](https://www.coursehero.com/tutors-problems/Logical-Reasoning/33004544-Answer-only-Editorialist-Since-the-cost-and-likelihood-of/)
Title: August 2021 Law School Admission Test (LSAT)
Type: Assessment

URL: [https://www.coursehero.com/tutors-problems/Logical-Reasoning/33004434-Just-need-answer-for-practice-When-the-fast-food-chain-Plimpsons/](https://www.coursehero.com/tutors-problems/Logical-Reasoning/33004434-Just-need-answer-for-practice-When-the-fast-food-chain-Plimpsons/)
Title: August 2021 Law School Admission Test (LSAT)
Type: Assessment

URL: [https://www.coursehero.com/tutors-problems/Logical-Reasoning/33005219-Only-answer-A-manager-has-three-projects-To-staff-project-1/](https://www.coursehero.com/tutors-problems/Logical-Reasoning/33005219-Only-answer-A-manager-has-three-projects-To-staff-project-1/)
Title: August 2021 Law School Admission Test (LSAT)
Type: Assessment

Statements
Yes - I have a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.
Yes - This notification is accurate.
Yes - Under Penalty of Perjury, I am authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
Yes - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.

Signature: Faisel Alam

This email is a service from Compliance.

| | |
|---|---|
| From: | Course Hero DMCA |
| To: | Alam, Faisel |
| Subject: | Re: New Copyright Infringement Ticket |
| Date: | Wednesday, November 24, 2021 11:57:44 PM |

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Your inquiry has been updated.

### DMCA Agent (Compliance)

Nov 24, 2021, 21:57 PST

Hello,

Thank you for providing an official DMCA takedown notification.

In compliance with DMCA protocol, we have disabled access to the content located at:

https://www.coursehero.com/tutors-problems/Logical-Reasoning/33004473-Only-answer-Nitrates-are-seeping-into-the-regions-groundwater/

Please note, we have filtering technologies in place to prevent exact duplicates of removed documents from being reuploaded.

What happens next?

Under the DMCA, Course Hero is required to inform the content uploader about this removal, and they have the option to file a counter-notification.

If Course Hero receives a proper counter-notification, it must reinstate the removed material in 10-14 business days.

It is important to note that Course Hero has a repeat infringer policy in place, in compliance with the DMCA. The repeat infringer policy gives Course Hero the right to terminate the uploading user's access to their account if they are found to be a repeat offender in violation of the Course Hero copyright policy.

Thank you for submitting your request. Please let us know if you have any additional questions.

Sincerely,

The Course Hero Compliance Team

Course Hero, Inc.

Faisel Alam
Nov 24, 2021, 8:15 PST

This affects: organization
Copyright Owner Name: Law School Admission Council
Relationship/Affiliation: Manager, Office of Test Security
Full Legal Name: Faisel Alam
Street Address: 662 Penn St
City: Newtown
State or Province: PA
Zip Code: 18940
Country: United States
Phone Number: 2153758491
Email Address: falam@lsac.org

Reported Content
URL: https://www.coursehero.com/tutors-problems/Logical-Reasoning/33004473-Only-answer-Nitrates-are-seeping-into-the-regions-groundwater/
Title: August 2021 Law School Admission Test
Type: Assessment

Statements
Yes - I have a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.
Yes - This notification is accurate.
Yes - Under Penalty of Perjury, I am authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
Yes - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.

Signature: Faisel Alam

This email is a service from Compliance.

| From: | Course Hero DMCA |
|---|---|
| To: | Alam, Faisel |
| Subject: | Re: New Copyright Infringement Ticket |
| Date: | Wednesday, November 17, 2021 9:35:16 PM |

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Your inquiry has been updated.

### DMCA Agent (Compliance)

Nov 17, 2021, 19:35 PST

Hello,

Thank you for providing an official DMCA takedown notification.

In compliance with DMCA protocol, we have disabled access to the content located at:

https://www.coursehero.com/tutors-problems/Logical-Reasoning/33005399-Answer-only-A-fencing-school-is-putting-on-an-exhibition/
https://www.coursehero.com/tutors-problems/Logical-Reasoning/33005367-Answer-only-A-fencing-school-is-putting-on-an-exhibition/
https://www.coursehero.com/tutors-problems/Logical-Reasoning/33005315-Answer-only-A-film-executive-is-scheduling-six-movies-to-premiere/
https://www.coursehero.com/tutors-problems/Logical-Reasoning/33005282-D-January-Overhead-Variance-February-Honour-Indigo-March-/
https://www.coursehero.com/tutors-problems/Logical-Reasoning/33005332-Answer-only-A-film-executive-is-scheduling-six-movies-to-premiere/
https://www.coursehero.com/tutors-problems/Logical-Reasoning/33005302-Answer-only-A-film-executive-is-scheduling-six-movies-to-premiere/
https://www.coursehero.com/tutors-problems/Logical-Reasoning/33004570-Answer-only-The-smaller-a-transistor-the-less-electric-current-it/
https://www.coursehero.com/tutors-problems/Logical-Reasoning/33004588-Answer-only-Emilio-Jurors-find-eyewitness-testimony-concerning/
https://www.coursehero.com/tutors-problems/Logical-Reasoning/33004606-E-Automobiles-are-designed-so-that-in-a-collision-their-body/
https://www.coursehero.com/tutors-problems/Logical-Reasoning/33005360-C-first-Smith-and-Tripp-second-Patil-and-Rubin-third-Smith-and/

Please note, we have filtering technologies in place to prevent exact duplicates of removed documents from being reuploaded.

What happens next?

Under the DMCA, Course Hero is required to inform the content uploader about this removal, and they have the option to file a counter-notification.

If Course Hero receives a proper counter-notification, it must reinstate the removed material in 10-14 business days.

It is important to note that Course Hero has a repeat infringer policy in place, in compliance with the DMCA. The repeat infringer policy gives Course Hero the right to terminate the uploading user's access to their account if they are found to be a repeat offender in violation of the Course Hero copyright policy.

Thank you for submitting your request. Please let us know if you have any additional questions.

Sincerely,

The Course Hero Compliance Team

Course Hero, Inc.

---

Faisel Alam

Nov 16, 2021, 11:14 PST

This affects: organization
Copyright Owner Name: Law School Admission Council
Relationship/Affiliation: Office of Test Security
Full Legal Name: Faisel Alam
Street Address: 662 Penn St
City: Newtown
State or Province: PA
Zip Code: 18940
Country: United States
Phone Number: 215-375-8491
Email Address: [falam@lsac.org](mailto:falam@lsac.org)

Reported Content
URL: [https://www.coursehero.com/tutors-problems/Logical-Reasoning/33005399-Answer-only-A-fencing-school-is-putting-on-an-exhibition/](https://www.coursehero.com/tutors-problems/Logical-Reasoning/33005399-Answer-only-A-fencing-school-is-putting-on-an-exhibition/)

Title: August 2021 Law School Admission Test
Type: Assessment

URL: [https://www.coursehero.com/tutors-problems/Logical-Reasoning/33005367-Answer-only-A-fencing-school-is-putting-on-an-exhibition/](https://www.coursehero.com/tutors-problems/Logical-Reasoning/33005367-Answer-only-A-fencing-school-is-putting-on-an-exhibition/)
Title: August 2021 Law School Admission Test
Type: Assessment

URL: [https://www.coursehero.com/tutors-problems/Logical-Reasoning/33005315-Answer-only-A-film-executive-is-scheduling-six-movies-to-premiere/](https://www.coursehero.com/tutors-problems/Logical-Reasoning/33005315-Answer-only-A-film-executive-is-scheduling-six-movies-to-premiere/)
Title: August 2021 Law School Admission Test
Type: Assessment

URL: [https://www.coursehero.com/tutors-problems/Logical-Reasoning/33005282-D-January-Overhead-Variance-February-Honour-Indigo-March-/](https://www.coursehero.com/tutors-problems/Logical-Reasoning/33005282-D-January-Overhead-Variance-February-Honour-Indigo-March-/)
Title: August 2021 Law School Admission Test
Type: Assessment

URL: [https://www.coursehero.com/tutors-problems/Logical-Reasoning/33005332-Answer-only-A-film-executive-is-scheduling-six-movies-to-premiere/](https://www.coursehero.com/tutors-problems/Logical-Reasoning/33005332-Answer-only-A-film-executive-is-scheduling-six-movies-to-premiere/)
Title: August 2021 Law School Admission Test
Type: Assessment

URL: [https://www.coursehero.com/tutors-problems/Logical-Reasoning/33005302-Answer-only-A-film-executive-is-scheduling-six-movies-to-premiere/](https://www.coursehero.com/tutors-problems/Logical-Reasoning/33005302-Answer-only-A-film-executive-is-scheduling-six-movies-to-premiere/)
Title: August 2021 Law School Admission Test
Type: Assessment

URL: [https://www.coursehero.com/tutors-problems/Logical-Reasoning/33004570-Answer-only-The-smaller-a-transistor-the-less-electric-current-it/](https://www.coursehero.com/tutors-problems/Logical-Reasoning/33004570-Answer-only-The-smaller-a-transistor-the-less-electric-current-it/)
Title: August 2021 Law School Admission Test
Type: Assessment

URL: [https://www.coursehero.com/tutors-problems/Logical-Reasoning/33004588-Answer-only-Emilio-Jurors-find-eyewitness-testimony-concerning/](https://www.coursehero.com/tutors-problems/Logical-Reasoning/33004588-Answer-only-Emilio-Jurors-find-eyewitness-testimony-concerning/)
Title: August 2021 Law School Admission Test
Type: Assessment

URL: [https://www.coursehero.com/tutors-problems/Logical-Reasoning/33004606-E-Automobiles-are-designed-so-that-in-a-collision-their-body/](https://www.coursehero.com/tutors-problems/Logical-Reasoning/33004606-E-Automobiles-are-designed-so-that-in-a-collision-their-body/)
Title: August 2021 Law School Admission Test
Type: Assessment

URL: [https://www.coursehero.com/tutors-problems/Logical-Reasoning/33005360-C-first-Smith-and-Tripp-second-Patil-and-Rubin-third-Smith-and/](https://www.coursehero.com/tutors-problems/Logical-Reasoning/33005360-C-first-Smith-and-Tripp-second-Patil-and-Rubin-third-Smith-and/)

Title: August 2021 Law School Admission Test
Type: Assessment

Statements
Yes – I have a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.
Yes – This notification is accurate.
Yes – Under Penalty of Perjury, I am authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
Yes – I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.

Signature: Faisel Alam

| | |
|---|---|
| **From:** | Course Hero DMCA |
| **To:** | Alam, Faisel |
| **Subject:** | Re: New Copyright Infringement Ticket |
| **Date:** | Wednesday, November 24, 2021 11:47:41 PM |

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Your inquiry has been updated.

---

### DMCA Agent (Compliance)

Nov 24, 2021, 21:47 PST

Hello,

Thank you for providing an official DMCA takedown notification.

In compliance with DMCA protocol, we have disabled access to the content located at:

https://www.coursehero.com/tutors-problems/Logical-Reasoning/30093578-/
https://www.coursehero.com/tutors-problems/Logical-Reasoning/30093845-/
https://www.coursehero.com/tutors-problems/Logical-Reasoning/30093770-/
https://www.coursehero.com/tutors-problems/Logical-Reasoning/30093781-/
https://www.coursehero.com/tutors-problems/Logical-Reasoning/30093682-/
https://www.coursehero.com/tutors-problems/Logical-Reasoning/30093605-/
https://www.coursehero.com/tutors-problems/Logical-Reasoning/30093760-this-is-a-practice-test-that-i-need-explained/
https://www.coursehero.com/tutors-problems/Logical-Reasoning/30093832-/
https://www.coursehero.com/tutors-problems/Logical-Reasoning/30093852-/
https://www.coursehero.com/tutors-problems/Logical-Reasoning/30093863-/
https://www.coursehero.com/tutors-problems/Logical-Reasoning/30093874-/
https://www.coursehero.com/tutors-problems/Logical-Reasoning/30093890-this-is-a-pratice-test-that-i-need-explained/
https://www.coursehero.com/tutors-problems/Logical-Reasoning/30093907-/
https://www.coursehero.com/tutors-problems/Logical-Reasoning/30093923-this-is-a-pratice-test-that-i-need-explained/
https://www.coursehero.com/tutors-problems/Logical-Reasoning/30093945-this-is-a-pratice-test-that-i-need-explained/
https://www.coursehero.com/tutors-problems/Logical-Reasoning/30093957-/
https://www.coursehero.com/tutors-problems/Logical-Reasoning/30093968-/
https://www.coursehero.com/tutors-problems/Logical-Reasoning/30093978-/
https://www.coursehero.com/tutors-problems/Logical-Reasoning/30093985-/

Please note, we have filtering technologies in place to prevent exact duplicates of removed documents from being reuploaded.

What happens next?

Under the DMCA, Course Hero is required to inform the content uploader about this removal, and they have the option to file a counter-notification.

If Course Hero receives a proper counter-notification, it must reinstate the removed material in 10-14 business days.

It is important to note that Course Hero has a repeat infringer policy in place, in compliance with the DMCA. The repeat infringer policy gives Course Hero the right to terminate the uploading user's access to their account if they are found to be a repeat offender in violation of the Course Hero copyright policy.

Thank you for submitting your request. Please let us know if you have any additional questions.

Sincerely,

The Course Hero Compliance Team

Course Hero, Inc.

---

Faisel Alam

Nov 24, 2021, 8:53 PST

This affects: organization
Copyright Owner Name: Law School Admission Council
Relationship/Affiliation: Manager, Office of Test Security
Full Legal Name: Faisel Alam
Street Address: 662 Penn St
City: Newtown
State or Province: Pennsylvania
Zip Code: 18940
Country: United States
Phone Number: 2153758491
Email Address: falam@LSAC.org

Reported Content

URL: https://www.coursehero.com/tutors-problems/Logical-Reasoning/30093578-/
Title: April 2021 Law School Admission Test (LSAT)
Type: Assessment

URL: https://www.coursehero.com/tutors-problems/Logical-Reasoning/30093845-/
Title: April 2021 Law School Admission Test (LSAT)
Type: Assessment

URL: https://www.coursehero.com/tutors-problems/Logical-Reasoning/30093770-/
Title: April 2021 Law School Admission Test (LSAT)
Type: Assessment

URL: https://www.coursehero.com/tutors-problems/Logical-Reasoning/30093781-/
Title: April 2021 Law School Admission Test (LSAT)
Type: Assessment

URL: https://www.coursehero.com/tutors-problems/Logical-Reasoning/30093682-/
Title: April 2021 Law School Admission Test (LSAT)
Type: Assessment

URL: https://www.coursehero.com/tutors-problems/Logical-Reasoning/30093605-/
Title: April 2021 Law School Admission Test (LSAT)
Type: Assessment

URL: https://www.coursehero.com/tutors-problems/Logical-Reasoning/30093760-this-is-a-practice-test-that-i-need-explained/
Title: April 2021 Law School Admission Test (LSAT)
Type: Assessment

URL: https://www.coursehero.com/tutors-problems/Logical-Reasoning/30093832-/
Title: April 2021 Law School Admission Test (LSAT)
Type: Assessment

URL: https://www.coursehero.com/tutors-problems/Logical-Reasoning/30093852-/
Title: April 2021 Law School Admission Test (LSAT)
Type: Assessment

URL: https://www.coursehero.com/tutors-problems/Logical-Reasoning/30093863-/
Title: April 2021 Law School Admission Test (LSAT)
Type: Assessment

URL: https://www.coursehero.com/tutors-problems/Logical-Reasoning/30093874-/
Title: April 2021 Law School Admission Test (LSAT)
Type: Assessment

URL: https://www.coursehero.com/tutors-problems/Logical-Reasoning/30093890-this-is-a-pratice-test-that-i-need-explained/
Title: April 2021 Law School Admission Test (LSAT)
Type: Assessment

URL: https://www.coursehero.com/tutors-problems/Logical-Reasoning/30093907-/
Title: April 2021 Law School Admission Test (LSAT)
Type: Assessment

URL: https://www.coursehero.com/tutors-problems/Logical-Reasoning/30093923-this-is-a-pratice-test-that-i-need-explained/
Title: April 2021 Law School Admission Test (LSAT)
Type: Assessment

URL: https://www.coursehero.com/tutors-problems/Logical-Reasoning/30093945-this-is-a-pratice-test-that-i-need-explained/
Title: April 2021 Law School Admission Test (LSAT)
Type: Assessment

URL: https://www.coursehero.com/tutors-problems/Logical-Reasoning/30093957-/
Title: April 2021 Law School Admission Test (LSAT)
Type: Assessment

URL: https://www.coursehero.com/tutors-problems/Logical-Reasoning/30093968-/
Title: April 2021 Law School Admission Test (LSAT)
Type: Assessment

URL: https://www.coursehero.com/tutors-problems/Logical-Reasoning/30093978-/
Title: April 2021 Law School Admission Test (LSAT)
Type: Assessment

URL: https://www.coursehero.com/tutors-problems/Logical-Reasoning/30093985-/
Title: April 2021 Law School Admission Test (LSAT)
Type: Assessment

Statements
Yes - I have a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.
Yes - This notification is accurate.
Yes - Under Penalty of Perjury, I am authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
Yes - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.

Signature: Faisel Alam

---

This email is a service from Compliance.

| From: | Course Hero DMCA |
|---|---|
| To: | Alam, Faisel |
| Subject: | Re: New Copyright Infringement Ticket |
| Date: | Thursday, November 25, 2021 7:54:45 PM |

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Your inquiry has been updated.

### DMCA Agent (Compliance)

Nov 25, 2021, 17:54 PST

Hello,

Thank you for providing an official DMCA takedown notification.

In compliance with DMCA protocol, we have disabled access to the content located at:

https://www.coursehero.com/tutors-problems/Logical-Reasoning/31961031-Practice-just-need-answer-to-see-if-I-was-right/
https://www.coursehero.com/tutors-problems/Logical-Reasoning/31960810-Just-need-answer-to-see-if-I-got-it-right-on-this-practice/
https://www.coursehero.com/tutors-problems/Logical-Reasoning/31960767-Just-need-answer-to-see-if-I-got-it-right-on-this-practice/
https://www.coursehero.com/tutors-problems/Logical-Reasoning/31948392-/
https://www.coursehero.com/tutors-problems/Logical-Reasoning/31960619-Just-need-answer-to-see-if-I-got-it-right-on-this-practice/
https://www.coursehero.com/tutors-problems/Logical-Reasoning/31960853-Just-need-answer-to-see-if-I-got-it-right-on-this-practice/
https://www.coursehero.com/tutors-problems/Logical-Reasoning/31961081-Practice-just-need-answer-to-see-if-I-was-right/
https://www.coursehero.com/tutors-problems/Logical-Reasoning/31948462-/
https://www.coursehero.com/tutors-problems/Logical-Reasoning/31948484-/
https://www.coursehero.com/tutors-problems/Logical-Reasoning/31948604-/
https://www.coursehero.com/tutors-problems/Logical-Reasoning/31961112-Practice-just-need-answer-to-see-if-I-was-right/
https://www.coursehero.com/tutors-problems/Logical-Reasoning/31960931-Practice-just-need-answer-to-see-if-I-was-right/
https://www.coursehero.com/tutors-problems/Logical-Reasoning/31960884-Just-need-answer-to-see-if-I-got-it-right-on-this-practice/
https://www.coursehero.com/tutors-problems/Logical-Reasoning/31960974-Practice-

[just-need-answer-to-see-if-I-was-right/](just-need-answer-to-see-if-I-was-right/)

[https://www.coursehero.com/tutors-problems/Logical-Reasoning/31960740-Just-need-answer-to-see-if-I-got-it-right-on-this-practice/](https://www.coursehero.com/tutors-problems/Logical-Reasoning/31960740-Just-need-answer-to-see-if-I-got-it-right-on-this-practice/)

[https://www.coursehero.com/tutors-problems/Logical-Reasoning/31960682-Just-need-answer-to-see-if-I-got-it-right-on-this-practice/](https://www.coursehero.com/tutors-problems/Logical-Reasoning/31960682-Just-need-answer-to-see-if-I-got-it-right-on-this-practice/)

[https://www.coursehero.com/tutors-problems/Logical-Reasoning/31960661-Just-need-answer-to-see-if-I-got-it-right-on-this-practice/](https://www.coursehero.com/tutors-problems/Logical-Reasoning/31960661-Just-need-answer-to-see-if-I-got-it-right-on-this-practice/)

[https://www.coursehero.com/tutors-problems/Logical-Reasoning/31961007-Practice-just-need-answer-to-see-if-I-was-right/](https://www.coursehero.com/tutors-problems/Logical-Reasoning/31961007-Practice-just-need-answer-to-see-if-I-was-right/)

Please note, we have filtering technologies in place to prevent exact duplicates of removed documents from being reuploaded.

What happens next?

Under the DMCA, Course Hero is required to inform the content uploader about this removal, and they have the option to file a counter-notification.

If Course Hero receives a proper counter-notification, it must reinstate the removed material in 10-14 business days.

It is important to note that Course Hero has a repeat infringer policy in place, in compliance with the DMCA. The repeat infringer policy gives Course Hero the right to terminate the uploading user's access to their account if they are found to be a repeat offender in violation of the Course Hero copyright policy.

Thank you for submitting your request. Please let us know if you have any additional questions.

Sincerely,

The Course Hero Compliance Team

Course Hero, Inc.

---

Faisel Alam

Nov 24, 2021, 9:52 PST

This affects: organization
Copyright Owner Name: Law School Admission Council
Relationship/Affiliation: Manager, Office of Test Security

Full Legal Name: Faisel Alam
Street Address: 662 Penn St
City: Newtown
State or Province: Pennsylvania
Zip Code: 18940
Country: United States
Phone Number: 2153758491
Email Address: [falam@LSAC.org](mailto:falam@LSAC.org)

Reported Content
URL: [https://www.coursehero.com/tutors-problems/Logical-Reasoning/31961031-Practice-just-need-answer-to-see-if-I-was-right/](https://www.coursehero.com/tutors-problems/Logical-Reasoning/31961031-Practice-just-need-answer-to-see-if-I-was-right/)
Title: June 2021 Law Schools Admission Test (LSAT)
Type: Assessment

URL: [https://www.coursehero.com/tutors-problems/Logical-Reasoning/31960810-Just-need-answer-to-see-if-I-got-it-right-on-this-practice/](https://www.coursehero.com/tutors-problems/Logical-Reasoning/31960810-Just-need-answer-to-see-if-I-got-it-right-on-this-practice/)
Title: June 2021 Law Schools Admission Test (LSAT)
Type: Assessment

URL: [https://www.coursehero.com/tutors-problems/Logical-Reasoning/31960767-Just-need-answer-to-see-if-I-got-it-right-on-this-practice/](https://www.coursehero.com/tutors-problems/Logical-Reasoning/31960767-Just-need-answer-to-see-if-I-got-it-right-on-this-practice/)
Title: June 2021 Law Schools Admission Test (LSAT)
Type: Assessment

URL: [https://www.coursehero.com/tutors-problems/Logical-Reasoning/31948392-/](https://www.coursehero.com/tutors-problems/Logical-Reasoning/31948392-/)
Title: June 2021 Law Schools Admission Test (LSAT)
Type: Assessment

URL: [https://www.coursehero.com/tutors-problems/Logical-Reasoning/31960619-Just-need-answer-to-see-if-I-got-it-right-on-this-practice/](https://www.coursehero.com/tutors-problems/Logical-Reasoning/31960619-Just-need-answer-to-see-if-I-got-it-right-on-this-practice/)
Title: June 2021 Law Schools Admission Test (LSAT)
Type: Assessment

URL: [https://www.coursehero.com/tutors-problems/Logical-Reasoning/31960853-Just-need-answer-to-see-if-I-got-it-right-on-this-practice/](https://www.coursehero.com/tutors-problems/Logical-Reasoning/31960853-Just-need-answer-to-see-if-I-got-it-right-on-this-practice/)
Title: June 2021 Law Schools Admission Test (LSAT)
Type: Assessment

URL: [https://www.coursehero.com/tutors-problems/Logical-Reasoning/31961081-Practice-just-need-answer-to-see-if-I-was-right/](https://www.coursehero.com/tutors-problems/Logical-Reasoning/31961081-Practice-just-need-answer-to-see-if-I-was-right/)
Title: June 2021 Law Schools Admission Test (LSAT)
Type: Assessment

URL: [https://www.coursehero.com/tutors-problems/Logical-Reasoning/31948462-/](https://www.coursehero.com/tutors-problems/Logical-Reasoning/31948462-/)

Title: June 2021 Law Schools Admission Test (LSAT)
Type: Assessment

URL: https://www.coursehero.com/tutors-problems/Logical-Reasoning/31948484-/
Title: June 2021 Law Schools Admission Test (LSAT)
Type: Note

URL: https://www.coursehero.com/tutors-problems/Logical-Reasoning/31948604-/
Title: June 2021 Law Schools Admission Test (LSAT)
Type: Assessment

URL: https://www.coursehero.com/tutors-problems/Logical-Reasoning/31961112-Practice-just-need-answer-to-see-if-I-was-right/
Title: June 2021 Law Schools Admission Test (LSAT)
Type: Assessment

URL: https://www.coursehero.com/tutors-problems/Logical-Reasoning/31960931-Practice-just-need-answer-to-see-if-I-was-right/
Title: June 2021 Law Schools Admission Test (LSAT)
Type: Assessment

URL: https://www.coursehero.com/tutors-problems/Logical-Reasoning/31960884-Just-need-answer-to-see-if-I-got-it-right-on-this-practice/
Title: June 2021 Law Schools Admission Test (LSAT)
Type: Assessment

URL: https://www.coursehero.com/tutors-problems/Logical-Reasoning/31960974-Practice-just-need-answer-to-see-if-I-was-right/
Title: June 2021 Law Schools Admission Test (LSAT)
Type: Assessment

URL: https://www.coursehero.com/tutors-problems/Logical-Reasoning/31960740-Just-need-answer-to-see-if-I-got-it-right-on-this-practice/
Title: June 2021 Law Schools Admission Test (LSAT)
Type: Assessment

URL: https://www.coursehero.com/tutors-problems/Logical-Reasoning/31960682-Just-need-answer-to-see-if-I-got-it-right-on-this-practice/
Title: June 2021 Law Schools Admission Test (LSAT)
Type: Assessment

URL: https://www.coursehero.com/tutors-problems/Logical-Reasoning/31960661-Just-need-answer-to-see-if-I-got-it-right-on-this-practice/
Title: June 2021 Law Schools Admission Test (LSAT)
Type: Assessment

URL: https://www.coursehero.com/tutors-problems/Logical-Reasoning/31961007-Practice-just-need-answer-to-see-if-I-was-right/
Title: June 2021 Law Schools Admission Test (LSAT)
Type: Assessment

Statements

Yes – I have a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

Yes – This notification is accurate.

Yes – Under Penalty of Perjury, I am authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

Yes – I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.

Signature: Faisel Alam