# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE DMCA SUBPOENA TO COURSE HERO, INC. | Civil No. _____<br><br>**DECLARATION OF FAISEL ALAM** |

I, Faisel Alam, do hereby declare and state as follows:

1. My name is Faisel Alam and I am the Manager of the Office of Test Security for the Law School Admissions Council ("LSAC"). I am competent to make this declaration and I have personal knowledge of the facts set forth herein.

2. LSAC seeks to issue a subpoena to Course Hero, Inc. ("Course Hero") pursuant to the Digital Millennium Copyright Act seeking documents sufficient to identify the user(s) responsible for posting certain material on Course Hero's website that infringes upon LSAC's copyrights.

3. The purpose for which this subpoena is sought is to obtain the identity of the alleged infringer(s), and that information received by LSAC in response to the subpoena will only be used for the purpose of protecting rights under the DMCA.

I hereby declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge.

Dated this 1st day of December, 2021.

Faisel Alam (Dec 1, 2021 16:44 EST)
Faisel Alam

(73772.1)

# 20211201 DMCA Subpoena Declaration Faisel Alam(73772.2)

Final Audit Report                                            2021-12-01

| | |
|---|---|
| Created: | 2021-12-01 |
| By: | Victoria Whitesell (VWhitesell@lsac.org) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAhzyPA7jKMNhhXHrSBOJ1mnh9aWDOZ-bw |

## "20211201 DMCA Subpoena Declaration Faisel Alam(73772.2)" History

- Document created by Victoria Whitesell (VWhitesell@lsac.org)
  2021-12-01 - 9:41:38 PM GMT- IP address: 98.115.39.174

- Document emailed to Faisel Alam (falam@lsac.org) for signature
  2021-12-01 - 9:42:51 PM GMT

- Email viewed by Faisel Alam (falam@lsac.org)
  2021-12-01 - 9:43:11 PM GMT- IP address: 73.112.131.99

- Document e-signed by Faisel Alam (falam@lsac.org)
  Signature Date: 2021-12-01 - 9:44:27 PM GMT - Time Source: server- IP address: 73.112.131.99

- Agreement completed.
  2021-12-01 - 9:44:27 PM GMT

